UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LARRY REYNOLDS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 16-2569** |
| **MORRIS BART, L.L.C., ET AL.** | **SECTION "H" (3)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that plaintiff's complaint be and is hereby DISMISSED WITHOUT PREJUDICE for lack of subject-matter jurisdiction.

New Orleans, Louisiana, this 4th day August, 2016.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE